■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TONY SHAW, Appellant. [986 NYS2d 372]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Lewis Bart Stone, J.), rendered on or about April 5, 2012, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur— Gonzalez, P.J., Friedman, Moskowitz, Freedman and Kapnick, JJ.

■ In the Matter of ANTONIO J. JENKINS, Appellant, v DARYLE YOUNG, Respondent. In the Matter of ANTONIO J. JENKINS, Appellant, v NEW YORK CITY DEPARTMENT OF EDUCATION et al., Respondents. [985 NYS2d 413]—Order, Supreme Court, New York County (Geoffrey D. Wright, J.), entered February 27, 2013, which dismissed the petition, unanimously affirmed, without costs.

Petitioner's arguments that the charges against him were false and maliciously motivated, and that his union-provided counsel notified DOE counsel of a hearing date, do not provide a basis to vacate the arbitration award against him pursuant to CPLR article 75 (*Matter of Asch v New York City Bd./Dept. of Educ.*, 104 AD3d 415, 418 [1st Dept 2013]). Further, contrary to petitioner's arguments, to the extent his claims for defamation or libel could be said to survive the conversion of this action to a proceeding under article 75, those claims are time-barred since the action was commenced more than one year after the acts complained of (CPLR 215 [3]). Concur—Gonzalez, P.J., Friedman, Moskowitz, Freedman, Kapnick, JJ.